BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RODNEY STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09 01123 DLJ; CR-02 40198 DLJ; CR 00 40174 DLJ |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND **ORDER** CONTINUING SURRENDER DATE |
| RODNEY STEVENSON, ) | |
| Defendant. ) | |

Pursuant to this Court's order, Rodney Stevenson presently is scheduled to surrender himself to the Bureau of Prisons on Monday, January 25, 2010. The parties recently learned that the Bureau of Prisons has not yet designated Mr. Stevenson to a facility because it wishes the probation officer to prepare a supplemental probation report regarding the latest offense of conviction. U.S. Probation Officer John D. Woods has confirmed that the Bureau of Prisons has given him three weeks to file the supplemental report.

For these reasons, IT IS STIPULATED AND AGREED that the date by which Mr. Stevenson must surrender himself to the Bureau of Prisons or the U.S. Marshals is CONTINUED to Friday, February 19, 2010, on or before 12:00 p.m.

STIP/ORD                                                                1

Dated: January 22, 2010                          _____/s/_____
                                              KESLIE STEWART
                                              Assistant United States Attorney

Dated: January 22, 2010                          _____/s/_____
                                              JEROME E. MATTHEWS
                                              Assistant Federal Public Defender

     Good cause appearing therefor, IT IS ORDERED that the date by which Mr. Stevenson must surrender himself to the Bureau of Prisons or the U.S. Marshals is CONTINUED to Friday, February 19, 2010, on or before 12:00 p.m.

Dated: January 22, 2010                          _____
                                              D. LOWELL JENSEN
                                              United States District Judge